**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7917**

---

RICARDO GUTIERREZ DEPINERES,

                                        Plaintiff - Appellant,

        versus

WILLIE SCOTT, Warden; JAMES BROWN, Chaplain;
MR. CHOATE, Assistant Warden Operations;
MELVIN LEE, Contract Administrator,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-248-5-BO)

---

Submitted:  May 28, 2004            Decided:  June 24, 2004

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed in part; vacated and remanded in part by unpublished per
curiam opinion.

---

Ricardo Gutierrez DePineres, Appellant Pro Se.  Stanley Graves
Barr, Jr., Shepherd Dean Wainger, KAUFMAN & CANOLES, Norfolk,
Virginia; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE,
Raleigh, North Carolina;  Rudolf A. Renfer, Jr., Assistant United
States Attorney, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricardo Gutierrez DePineres appeals from the district court's orders denying relief on his civil rights complaint and denying his Fed. R. Civ. P. 59(e) motion. Construing this pro se complaint liberally, see Haines v. Kerner, 404 U.S. 519, 520 (1972); Gordon v. Leeke, 574 F.2d 1147, 1151 (4th Cir. 1978), we find that, contrary to the district court's conclusion, DePineres did seek monetary damages from Defendants Scott, Brown, and Choate for their alleged religious discrimination and violations of his First Amendment right by denying him Kosher meals.[1] Accordingly, we vacate that portion of the district court's order dismissing this claim as moot and remand for further proceedings. We deny the Defendants' motion to dismiss the appeal[2] and affirm the district court's order in all other respects for the reasons stated by the district court. See DePineres v. Scott, No. CA-02-248-5-BO (E.D.N.C. Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

[1]DePineres explained in a motion filed on July 5, 2002, that, although he sought relief from the individual Defendants, he named Rivers Correctional Institution in his prayer for relief based on his belief that the corporation would pay any judgments entered against its employees for civil rights violations.

[2]This appeal is timely under Houston v. Lack, 487 U.S. 266, 276 (1988), and Fed. R. App. P. 4(a)(4).

- 2 -

materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART;
VACATED AND REMANDED IN PART